IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BRADEN CHARLES LOSING, <br><br> Defendant. | CR 20-8-BLG-DLC-1 <br><br> **ORDER GRANTING MOTION TO RESET ARRAIGNMENT** |

Before the Court is Plaintiff's Motion to Reset Arraignment. (Doc. 8.) Plaintiff requests the Court to vacate and reset the arraignment presently scheduled for February 11, 2020 and reset the hearing for an earlier date due to an unexpected earlier transport. (*Id.*) Accordingly,

IT IS ORDERED that the arraignment presently scheduled for February 11, 2020 is hereby **VACATED** and reset for **January 30, 2020 at 9:00 a.m.**

DATED this 28th day of January, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge