Case 1:20-cr-00008-DLC   Document 35   Filed 05/12/20   Page 1 of 3



FILED

MAY 1 2 2020

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRADEN CHARLES LOSING,<br><br>Defendant. | CR 20–08–BLG–DLC<br><br><br><br>ORDER |

The United States moves for a preliminary order of forfeiture pursuant to Defendant Braden Charles Losing's Indictment and 18 U.S.C. § 924(d), as property used or intended to be used to facilitate the violations alleged in the indictment, or as proceeds of said violation. (Doc. 1.) On May 7, 2020, the Defendant pled guilty to the counts charged in the Indictment which included a forfeiture allegation for the following property:

- SCCY Industries, model CPX-1, 9mm caliber, semi-automatic pistol (SN: 472953)

- Eleven (11) rounds of 9mm Luger ammunition

Accordingly, the United States is now entitled to possession of the property, pursuant to 18 U.S.C. § 924(d), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

IT IS ORDERED:

1. That based upon the guilty plea by the Defendant to the Indictment, the United States is authorized and ordered to seize the property described above. This property is forfeited to the United States for disposition in accordance with the law, subject to the provisions of 18 U.S.C. § 924(d).

2. That the aforementioned forfeited property is to be held by the United States in its secure custody and control.

3. That, pursuant to 21 U.S.C. § 853(n)(1), the United States forthwith shall publish at least once for three successive weeks in a suitable means of general circulation notice of this order, notice of the United States' intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practical, provide direct written notice to any person known to

have alleged an interest in the property that is the subject of the preliminary order of forfeiture, as a substitute for published notice as to those persons so notified.

4. That upon adjudication of all third-party interests, this Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED this 12th day of May, 2020.

Dana L. Christensen, District Judge
United States District Court