IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–08–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| BRADEN CHARLES LOSING, | |
| Defendants. | |

The Court has been notified that Crossroads Correctional Facility, where Defendant Braden Charles Losing is currently housed, is experiencing a COVID-19 outbreak and will not be transferring inmates for the next few weeks. Accordingly,

IT IS ORDERED that the sentencing set for Monday, October 5, 2020 at 3:00 p.m. is VACATED and RESET to commence via video from Crossroads Correctional Facility on Monday, October 5, 2020 at 2:00 p.m. Counsel may appear in the courtroom thirty minutes prior to the hearing to video conference with Defendant. If the Defendant objects to this hearing being held via video, he must file a motion to continue the hearing and the Court will reschedule for a date after the quarantine period.

The Clerk shall notify counsel and the U.S. Marshals Service of

this Order.

DATED this 28th day of September, 2020.

Dana L. Christensen, District Judge
United States District Court